AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR - 4 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DIMAS DELEON (YOB 1974) Mex | ) | Case No. M-16-0404-M |
| | ) | |
| | ) | |
| | ) | SEALED |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 18, 2013  in the county of  Hidalgo  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC S 846 | Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine |

This criminal complaint is based on these facts:

See attached

☐ Continued on the attached sheet.

*approved by*

Sworn to before me and signed in my presence.

Complainant's signature

Antonio Perez, IV, HSI
Printed name and title

Date:  March 4, 2016  1:04 pm

Judge's signature

City and state:  McAllen, Texas

Peter E Ormsby
U.S. Magistrate Judge
Printed name and title

In October of 2013, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received information from an HSI confidential informant (CI) regarding a drug trafficking organization (DTO) operating in the Rio Grande Valley area.

The CI identified Dimas DELEON as a member of a drug trafficking organization (DTO) which was responsible for re-distributing narcotics that the organization had stolen from various sources of supply. The CI advised that DELEON and others coordinated staged narcotic seizures of sham, or diluted, narcotics with the assistance of corrupt law enforcement officials which enabled the organization to steal drug loads from unwitting narcotics sources of supply. DELEON and the other would then re-distribute the real cocaine for a profit.

On March 18, 2013, Edcouch, Texas Police Department (EPD) Officers seized approximately 19 kilograms of cocaine from a bag abandoned in a taxi cab in Edcouch, Texas. A further examination of the bundles revealed that four of the bundles contained a small quantity of cocaine surrounding wooden blocks.

On March 24, 2015, agents interviewed a source of information (SOI #1) regarding the DTO associated with DELEON. SOI #1 corroborated the CI's information that the DTO was stealing drug loads utilizing corrupt law enforcement officials. SOI #1 advised that the March 18, 2013 seizure in Edcouch, Texas had been staged by the DTO. SOI #1 advised that DELEON worked with co-conspirators to hire the corrupt officers for the staged seizures. SOI #1 advised that DELEON split the proceeds from the sale of the stolen cocaine with his co-conspirators and the corrupt officers.

On September 21, 2015, agents interviewed SOI #2 regarding the involvement of DELEON in the seizure of approximately 19 kilograms of cocaine in Edcouch, Texas. SOI #2 stated DELEON coordinated with a corrupt EPD officer to seize the "sham" cocaine. DELEON paid the EPD Officer $5,000.00 dollars for assisting with the seizure.